SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
RANDALL BLOCK  Bar No. 121330
randall.block@sdma.com
One Market Plaza, Steuart Tower, 8th Fl.
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
CHARTER OAK FIRE INSURANCE COMPANY,
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA, and ST. PAUL FIRE & MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETTON'S INTERNATIONAL FOODS, INC., AND SETTON PISTACHIO OF TERRA BELLA, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHARTER OAK FIRE INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ST. PAUL FIRE & MARINE INSURANCE COMPANY, GREAT NORTHERN INSURANCE COMPANY, and FEDERAL INSURANCE COMPANY,<br><br>  Defendants. | CASE NO.  10-CV-00469-OWW-GSA<br><br>**STIPULATION TO STAY LITIGATION PENDING EFFORTS TO SETTLE, AND ORDER THEREON**<br><br>**JUDGE:   HON. OLIVER W. WANGER** |

STIPULATION AND ORDER TO STAY LITIGATION

Plaintiffs SETTON'S INTERNATIONAL FOODS, INC., AND SETTON PISTACHIO OF TERRA BELLA, INC. (together, "Setton") and defendants CHARTER OAK FIRE INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and ST. PAUL FIRE & MARINE INSURANCE COMPANY (together, the "Travelers entities"), and GREAT NORTHERN INSURANCE COMPANY, and FEDERAL INSURANCE COMPANY (together, the "Chubb entities"), hereby stipulate to stay the above captioned action upon the terms and conditions set forth below:

## PREMISES

A.  In November 2009, the Travelers entities filed suit against Setton and the Chubb entities in the United States District Court for the Eastern District of New York.

B.  In March 2010, Setton filed suit against the Travelers entities and the Chubb entities in the United States District Court for the Eastern District of California.

C.  In response to the respective actions, Setton filed a motion to stay or transfer venue in the case currently venued in New York, and Travelers filed a motion to stay or transfer venue in the case currently venued in California, which motion was joined by the Chubb entities.

D.  The parties are currently discussing the terms for resolution of the dispute subject of the New York and the California actions and believe the following stipulation will assist them materially to that end.

## STIPULATION

WHEREFORE, Setton, the Travelers entities and the Chubb entities hereby stipulate as follows:

1. The above captioned action (as well as the action pending in New York) shall be stayed for 60 days from the date of entry of the order upon this stipulation.

2. If, after that time, the parties have not fully and finally settled the dispute, but agree that resolution can be reached with additional negotiations, they will request that the courts in New York and California grant the parties an additional limited stay.

3. If, after the expiration of the initial, or any subsequent, stay, the parties have not fully and finally settled the dispute, the United States District Court for the Eastern District of New

1  York shall rule upon the motion to transfer venue filed by Setton.  Subject to any rights to appeal
2  that decision to the United States Court of Appeals to the Second Circuit, the parties will accept
3  the ruling made by the United States District Court for the Eastern District of New York as
4  binding in both jurisdictions.

5      4.  The parties will inform this Court of any decision on Setton's motion to transfer venue
6  by the United States District Court for the Eastern District of New York within five (5) days of
7  that court's decision.

8      5.  Thereafter, the parties will proceed to litigate in the jurisdiction determined by the
9  United States District Court for the Eastern District of New York to be the proper one for
10 resolution of the dispute.

11

12 DATED:  July 16, 2010          SEDGWICK, DETERT, MORAN & ARNOLD LLP

13

14 By:            /s/
15 BRUCE D. CELEBREZZE  Bar No. 102181
   RANDALL G. BLOCK  Bar No. 121330
16 Attorneys for Defendants CHARTER OAK FIRE
   INSURANCE COMPANY, TRAVELERS PROPERTY
17 CASUALTY COMPANY OF AMERICA, and ST.
   PAUL FIRE & MARINE INSURANCE COMPANY

18

19

20 DATED:  July 16, 2010          COVINGTON & BURLING LLP

21

22 By:            /s/
   SHANNON A. LANG, Bar No. 257470
23 Attorneys for Plaintiffs SETTON'S INTERNATIONAL
   FOODS, INC., AND SETTON PISTACHIO OF TERRA
24 BELLA, INC.

25 ///
26 ///
27 ///
28 ///

1 DATED: July 16, 2010          COZEN O'CONNOR

3                                By: _____/s/_____
4                                    CHARLES WHEELER  Bar No. 82915
                                     Attorneys for Defendants GREAT NORTHERN
5                                    INSURANCE COMPANY, and FEDERAL
                                     INSURANCE COMPANY

8 IT IS SO ORDERED.

9   Dated:   **July 16, 2010**                    **/s/ Oliver W. Wanger**
10                                                UNITED STATES DISTRICT JUDGE

-3-
STIPULATION AND ORDER TO STAY LITIGATION