SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
RANDALL BLOCK  Bar No. 121330
randall.block@sdma.com
One Market Plaza, Steuart Tower, 8th Fl.
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
CHARTER OAK FIRE INSURANCE COMPANY,
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA, and ST. PAUL FIRE & MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETTON INTERNATIONAL FOODS, INC., AND SETTON PISTACHIO OF TERRA BELLA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHARTER OAK FIRE INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ST. PAUL FIRE & MARINE INSURANCE COMPANY, GREAT NORTHERN INSURANCE COMPANY, and FEDERAL INSURANCE COMPANY, <br><br> Defendants. | CASE NO.  10-CV-00469-OWW-GSA <br><br> **FURTHER STIPULATION TO STAY LITIGATION PENDING EFFORTS TO SETTLE, AND ORDER THEREON** <br><br> **JUDGE:   HON. OLIVER W. WANGER** |

Plaintiffs SETTON INTERNATIONAL FOODS, INC., AND SETTON PISTACHIO OF TERRA BELLA, INC. (together, "Setton") and defendants CHARTER OAK FIRE INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and ST. PAUL FIRE & MARINE INSURANCE COMPANY (together, the "Travelers entities"), and GREAT NORTHERN INSURANCE COMPANY, and FEDERAL INSURANCE COMPANY (together, the "Chubb entities"), hereby stipulate to stay the above captioned action upon the terms and conditions set forth below:

**PREMISES**

A.  In November 2009, the Travelers entities filed suit against Setton and the Chubb entities in the United States District Court for the Eastern District of New York.

B.  In March 2010, Setton filed suit against the Travelers entities and the Chubb entities in the United States District Court for the Eastern District of California.

C.  In response to the respective actions, Setton filed a motion to stay or transfer venue in the case currently venued in New York, and Travelers filed a motion to stay or transfer venue in the case currently venued in California, which motion was joined by the Chubb entities.

D.  On July 16, 2010, the parties filed a stipulation to stay all litigation for 60 days pending settlement discussions.  If settlement discussions were unsuccessful, the parties agreed that the United States District Court for the Eastern District of New York would decide the venue motion before it, and the parties would abide by the Court's decision subject to the right to appeal.  This Court entered an order upon the stipulation.

E.  To date, the parties have been unable to resolve the dispute subject of the New York and the California actions.  The United States District Court for the Eastern District of New York has not yet ruled on the venue motion.

F.  After entering an order upon the parties' stipulation, the Court entered a minute order requiring the parties by October 22, 2010, to meet and confer with respect to scheduling and on October 29, 2010, to appear at a scheduling conference.

///

-1-
FURTHER STIPULATION AND ORDER TO STAY LITIGATION

## STIPULATION

WHEREFORE, Setton, the Travelers entities and the Chubb entities hereby stipulate as follows:

1. The above captioned action (but not the action in New York) shall be stayed for 45 additional days from the date of the scheduling conference, or until December 13, 2010.  The scheduling conference scheduled for October 29, 2010, shall be taken off calendar.

2. All other provisions contained in the original stipulation and order which are not inconsistent with this stipulation shall remain in full force and effect.

DATED:  October 13, 2010          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:  /s/
BRUCE D. CELEBREZZE  Bar No. 102181
RANDALL G. BLOCK  Bar No. 121330
Attorneys for Defendants CHARTER OAK FIRE INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and ST. PAUL FIRE & MARINE INSURANCE COMPANY

DATED:  October 13, 2010          COVINGTON & BURLING  LLP

By:  /s/
LAWRENCE A. HOBEL Bar No. 73364
Attorneys for Plaintiffs SETTON INTERNATIONAL FOODS, INC., AND SETTON PISTACHIO OF TERRA BELLA, INC.

DATED: October 13, 2010          COZEN O'CONNOR

By:  /s/
CHARLES WHEELER  Bar No. 82915
Attorneys for Defendants GREAT NORTHERN INSURANCE COMPANY, and FEDERAL INSURANCE COMPANY

IT IS SO ORDERED.

    Dated:   **October 13, 2010**               **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE