SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
RANDALL BLOCK  Bar No. 121330
randall.block@sdma.com
One Market Plaza, Steuart Tower, 8th Fl.
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
CHARTER OAK FIRE INSURANCE COMPANY,
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA, and ST. PAUL FIRE & MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETTON INTERNATIONAL FOODS, INC., AND SETTON PISTACHIO OF TERRA BELLA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER OAK FIRE INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ST. PAUL FIRE & MARINE INSURANCE COMPANY, GREAT NORTHERN INSURANCE COMPANY, and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 10-CV-00469-OWW-GSA<br><br>**STIPULATION TO DISMISS LITIGATION AND [PROPOSED] ORDER THEREON**<br><br>**JUDGE:  HON. OLIVER W. WANGER** |

Plaintiffs SETTON INTERNATIONAL FOODS, INC., AND SETTON PISTACHIO OF TERRA BELLA, INC. (together, "Setton"), defendants CHARTER OAK FIRE INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ST. PAUL FIRE & MARINE INSURANCE COMPANY (together, the "Travelers entities"), and defendants Great Northern Insurance Company and Federal Insurance Company (together, the "Chubb entities"), hereby stipulate to a dismissal of the above captioned action upon the terms and conditions set forth below:

## PREMISES

A. In March 2010, Setton filed suit against the Travelers entities and the Chubb entities in the United States District Court for the Eastern District of California.

B. In response to the action, Travelers filed a motion to stay or transfer venue of the California action, and the Chubb entities joined in that motion

C. On July 16, 2010, the parties filed a stipulation to stay all litigation for 60 days pending settlement discussions. The parties subsequently filed a further stipulation to stay litigation in this action until December 13, 2010.

D. The parties have now resolved the dispute subject of this action, and executed a settlement agreement to that end.

## STIPULATION

WHEREFORE, Setton and the Travelers entities hereby stipulate as follows:

1. The above captioned action shall be dismissed with prejudice against the Travelers entities only.
2. Setton and the Travelers entities shall each bear their own costs.

WHEREFORE, Setton and the Chubb entities hereby stipulate as follows:

3. The above captioned action shall be dismissed without prejudice against the Chubb entities only.

```
 1  DATED: December __, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP
 2                                  By: _____
 3                                      BRUCE D. CELEBREZZE  Bar No. 102181
                                        RANDALL G. BLOCK  Bar No. 121330
 4                                      Attorneys for Defendants CHARTER OAK FIRE
                                        INSURANCE COMPANY, TRAVELERS PROPERTY
 5                                      CASUALTY COMPANY OF AMERICA, and ST.
                                        PAUL FIRE & MARINE INSURANCE COMPANY
 6
 7  DATED: December __, 2010        COZEN O'CONNOR
 8
                                    By: ____/S/  [With authorization of counsel]___
 9                                      CHARLES E. WHEELER Bar No. 82915
                                        Attorneys for Defendants GREAT NORTHERN
10                                      INSURANCE COMPANY and FEDERAL
                                        INSURANCE COMPANY
11
12
13
    DATED: December __, 2010        COVINGTON & BURLING  LLP
14
15
                                    By: _____/S/_____
16                                      LAWRENCE A. HOBEL Bar No. 73364
                                        Attorneys for Plaintiffs SETTON INTERNATIONAL
17                                      FOODS, INC., AND SETTON PISTACHIO OF TERRA
                                        BELLA, INC.
18
19
20          IT IS SO ORDERED.
21
22      _____
        THE HONORABLE OLIVER WANGER
23      UNITED STATES DISTRICT JUDGE
```

-2-
STIPULATION TO DISMISS LITIGATION AGAINST TRAVELERS

WHEREFORE, Setton and the Chubb entities hereby stipulate as follows:

3. The above captioned action shall be dismissed without prejudice against the Chubb entities only.

DATED: December 23, 2010    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Randall Block
BRUCE D. CELEBREZZE  Bar No. 102181
RANDALL G. BLOCK  Bar No. 121330
Attorneys for Defendants CHARTER OAK FIRE INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and ST. PAUL FIRE & MARINE INSURANCE COMPANY

DATED: December __, 2010    COZEN O'CONNOR

By: _____
CHARLES E. WHEELER Bar No. 82915
Attorneys for Defendants GREAT NORTHERN INSURANCE COMPANY and FEDERAL INSURANCE COMPANY

DATED: December __, 2010    COVINGTON & BURLING LLP

By: _____
LAWRENCE A. HOBEL Bar No. 73364
Attorneys for Plaintiffs SETTON INTERNATIONAL FOODS, INC., AND SETTON PISTACHIO OF TERRA BELLA, INC.

IT IS SO ORDERED.

_____
THE HONORABLE OLIVER WANGER
UNITED STATES DISTRICT JUDGE