# COVINGTON & BURLING LLP

| | | |
|---|---|---|
| ONE FRONT STREET<br>SAN FRANCISCO, CA 94111-5356<br>TEL 415.591.6000<br>FAX 415.591.6091<br>WWW.COV.COM | BEIJING<br>BRUSSELS<br>LONDON<br>NEW YORK<br>SAN DIEGO<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON | LAWRENCE A. HOBEL<br>TEL 415.591.7028<br>FAX 415.955.6528<br>LHOBEL @ COV.COM |

December 23, 2010

BY ELECTRONIC FILING

The Honorable Oliver Wanger
U.S. District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

Re: *Setton International Foods, Inc. et al. v. Charter Oak Fire Insurance Co., et al.*, Docket No. 10-CV-00469

Dear Judge Wanger:

This firm represents Plaintiffs Setton International Foods Inc. and Setton Pistachio Company of Terra Bella, Inc. ("Setton") in the above-referenced case.

We write to notify the court that Setton and Travelers have reached a settlement resolving the matters at issue in the litigation. Accordingly, Setton and Travelers are entering into a stipulated dismissal with prejudice of all claims against each other in the litigation.

Setton and Chubb have not finally resolved all details of their settlement but expect to do so in January now that the Travelers settlement has been finalized. Accordingly, Setton and Chubb have agreed that a stipulation dismissing the claims against Chubb without prejudice will be filed at this time, with a final stipulation dismissing these claims with prejudice to be filed as soon as possible thereafter. To the extent that this requires an extension of the Court's January 4, 2011 deadline, Setton and Chubb respectfully request that the deadline be extended to January 31, 2011.

Respectfully,

Lawrence A. Hobel

cc: All Parties