SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
RANDALL BLOCK  Bar No. 121330
randall.block@sdma.com
One Market Plaza, Steuart Tower, 8th Fl.
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
CHARTER OAK FIRE INSURANCE COMPANY,
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA, and ST. PAUL FIRE & MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETTON INTERNATIONAL FOODS, INC., AND SETTON PISTACHIO OF TERRA BELLA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER OAK FIRE INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ST. PAUL FIRE & MARINE INSURANCE COMPANY, GREAT NORTHERN INSURANCE COMPANY, and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | CASE NO.  10-CV-00469-OWW-GSA<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION**<br><br>**JUDGE:   HON. OLIVER W. WANGER** |

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiffs SETTON INTERNATIONAL FOODS, INC., AND SETTON PISTACHIO OF
2  TERRA BELLA, INC. (together, "Setton"), defendants CHARTER OAK FIRE INSURANCE
3  COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ST. PAUL
4  FIRE & MARINE INSURANCE COMPANY (together, the "Travelers entities"), and
5  defendants Great Northern Insurance Company and Federal Insurance Company (together, the
6  "Chubb entities"), hereby stipulate to a dismissal of the above captioned action upon the terms
7  and conditions set forth below:

## PREMISES

9   A.  In March 2010, Setton filed suit against the Travelers entities and the Chubb entities
10  in the United States District Court for the Eastern District of California.

11  B.  In response to the action, Travelers filed a motion to stay or transfer venue of the
12  California action, and the Chubb entities joined in that motion

13  C.  On July 16, 2010, the parties filed a stipulation to stay all litigation for 60 days
14  pending settlement discussions.  The parties subsequently filed a further stipulation to stay
15  litigation in this action until December 13, 2010.

16  D.  The parties have now resolved the dispute subject of this action, and executed a
17  settlement agreement to that end.

## STIPULATION

19  WHEREFORE, Setton and the Travelers entities hereby stipulate as follows:

20  1. The above captioned action shall be dismissed with prejudice against the Travelers
21      entities only.

22  2. Setton and the Travelers entities shall each bear their own costs.

24  WHEREFORE, Setton and the Chubb entities hereby stipulate as follows:

25  3. The above captioned action shall be dismissed without prejudice against the Chubb
26      entities only.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED:  December 23, 2010 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2 | | By:    /S/ RANDALL G. BLOCK |
| 3 | | BRUCE D. CELEBREZZE  Bar No. 102181 |
| | | RANDALL G. BLOCK  Bar No. 121330 |
| 4 | | Attorneys for Defendants CHARTER OAK FIRE |
| | | INSURANCE COMPANY, TRAVELERS PROPERTY |
| 5 | | CASUALTY COMPANY OF AMERICA, and ST. |
| | | PAUL FIRE & MARINE INSURANCE COMPANY |
| 6 | | |
| 7 | DATED:  December 23, 2010 | COZEN O'CONNOR |

By:    /S/ CHARLES E. WHEELER
       [With authorization of counsel]
CHARLES E. WHEELER Bar No. 82915
Attorneys for Defendants GREAT NORTHERN
INSURANCE COMPANY and FEDERAL
INSURANCE COMPANY

DATED:  December 23, 2010           COVINGTON & BURLING  LLP

By:    /S/ LAWRENCE A. HOBEL
LAWRENCE A. HOBEL Bar No. 73364
Attorneys for Plaintiffs SETTON INTERNATIONAL
FOODS, INC., AND SETTON PISTACHIO OF TERRA
BELLA, INC.

IT IS SO ORDERED.

Dated: January 5, 2011                    /s/ OLIVER W. WANGER
                                          UNITED STATES DISTRICT JUDGE

-2-

STIPULATION AND ORDER TO DISMISS LITIGATION AGAINST TRAVELERS

PDF created with pdfFactory trial version www.pdffactory.com